**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 19, 2005

NOTICE OF REASSIGNMENT

Re:   Thomas Savage vs. W.R. Collins, et al.
      Civil Action No.  2:05cv777-T

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:05cv-777-F.  This new case number should be used on all future correspondence and pleadings in this action.