**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 19, 2005

# NOTICE OF CORRECTION

**From:**  Clerk's Office

**Case Style**  Thomas Savage vs. W.R. Collins, et al.
2:05cv777

**Referenced Pleading**  Case reassignment
Document #3

This Notice of Correction filed in the above referenced case to attach pdf previously omitted.