IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  2:05-CV-00777-F |
| | ) |
| W. R. COLLINS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 22nd day of August, 2005.

      **/s/ Delores R. Boyd**
      DELORES R. BOYD
      UNITED STATES MAGISTRATE JUDGE