IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-777-F |
| | )             WO |
| W. R. COLLINS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **ORDER**

On August 22, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation is ADOPTED;

2. That the petition for write of habeas corpus relief is dismissed as moot;

3. That this case is DISMISSED with prejudice.

Done this the 14th day of September, 2005.


                                                                                     /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE