IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, | ) |
| Petitioner, | ) |
| v. | ) CASE No. 2:05-CV-777-F |
| | ) WO |
| W. R. COLLINS, *et al.*, | ) |
| Respondents. | ) |

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner, that this action is dismissed with prejudice.

Done this the 14th day of September 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE