In the United States District Court
for the Middle District of Alabama

RECEIVED

"Notice of Whereabouts"

I, Thomas Savage, are litigating in the Court, are hereby informing the Court of my whereabouts;

05-777

Old address is P.O. Box 159
             Montgomery, Alabama 36104

Thomas Savage New address is M.C.D.F.
             P.O. Box 4599
             Montgomery, Alabama 36103,
thereby, forward all correspondances to the New address okay?

"Thanks in advance"

From Mr. Thomas Savage, #84966
    M.C.D.F
    P.O. Box 4599
    Montgomery, Alabama 36103.

P.S. please update the Litigator, address

"Thomas Savage
Litigator"

SCANNED

## Certificate of Service

Hereby the Litigator Thomas Savage, served a copy of the Notice of Whereabouts, upon the Defendants' Attorney, whose name is Bill Prior, whose address is P. O. Box 1667 Montgomery, Alabama 36102, by placing a copy of the same into the U. S. Mail Service, for prompt service thereof, during this the 30th day of October, 2005,

"Thomas Savage
Litigator"

Bill Prior, Atty. Gen.
P. O. Box 1667
Montgomery, Alabama 36102.


Thomas Savage, #84966, Litigator
M. C. D. F
P. O. Box 4599
Montgomery, Alabama 36103.

"Thomas Savage
Litigator"